# Third District Court of Appeal
## State of Florida

Opinion filed December 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0652
Lower Tribunal No. 22-10677
_____

**Joyce Moore, et al.,**
Appellants,

vs.

**Ross J. Charap, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Louis Thaler, P.A., and Louis Thaler, for appellants.

Keller Landsberg, P.A., and Jose R. Riguera, and D. David Keller (Fort Lauderdale), for appellees.

Before LINDSEY, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.